# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| James Stellick, | **Civil No. 06-4236 (RHK/AJB)** |
| Plaintiff, | |
| vs. | **ORDER** |
| Great Lakes Higher Education Guaranty Corp. and Diversified Collection Services, Inc., | |
| Defendants. | |

Pursuant to the parties' Stipulation (Doc. No. 4), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 9, 2007            s/Richard H. Kyle
                                   RICHARD H. KYLE
                                   United States District Judge