AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

James Stellick

V.

Great Lakes Higher Education Guaranty Corp.
and Diversified Collection Services, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 06-cv-4236 (RHK/AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the Complaint is DISMISSED WITH PREJUDICE and without costs, disbursements or attorney's fees to any party.

| January 10, 2007 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Katie Thompson |
| | (By)          Katie Thompson,    Deputy Clerk |

Form Modified: 09/16/04